Marina CALOVE, Plaintiff–Appellant,

v.

NATIONSTAR MORTGAGE, LLC, Defendant–Appellee.

No. 16–16044

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted September 26, 2017 **

FILED OCTOBER 5, 2017

Marina Calove, Las Vegas, NV, pro se.

Ariel Edward Stern, Esquire, Akerman LLP, Las Vegas, NV, for Defendant–Appellee.

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM *

Marina Calove appeals pro se from the district court's judgment dismissing her action alleging a violation of the Fair Debt Collection Practices Act ("FDCPA"). We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under Federal Rule of Civil Procedure 12(b)(6). *Mashiri v. Epsten Grinnell & Howell*, 845 F.3d 984, 988 (9th Cir. 2017). We affirm.

The district court properly dismissed Calove's claim under 15 U.S.C. § 1692g(b) because notice disputing the alleged debt was made more than thirty days after the initial communication about the debt. *See* 15 U.S.C. § 1692g(b) (written dispute by the debtor must be made within thirty days after receipt of the initial communication about the debt); *Mahon v. Credit Bureau of Placer Cty. Inc.*, 171 F.3d 1197, 1203 (9th Cir. 1999) ("[A] tardy request for verification of the debt . . . [does] not trigger any obligation . . . to verify the debt."). We reject as without merit Calove's contention that she alleged other violations of the FDCPA in the operative complaint.

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending requests are denied.

**AFFIRMED.**

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.